UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SILVIA MARTINEZ, on behalf of herself and all others similarly situated,

                                                                         Civil Action No:
                                                                         1:24-cv-2333

                            Plaintiff,

-v.-
LA-Z-BOY INCORPORATED,

                            Defendants.
-------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

    Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Accordingly, the parties respectfully request that the Court vacate the current case deadlines and cancel the May 16, 2024 conference.

DATED, this 13th day of May, 2024

                                                    */s/Mark Rozenberg*
                                                    Mark Rozenberg
                                                    **Stein Saks, PLLC**
                                                    One University Plaza
                                                    Hackensack, NJ 07601
                                                    Ph: 201-282-6500
                                                    mrozenberg@steinsakslegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 13, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/Mark Rozenberg*

                                                Mark Rozenberg